Opinion issued March 26, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00957-CV






JOHN STOCKTON, Appellant


V.


PAUL ADAIR, JOHN DAUGHERTY REALTORS, INC. AND CONN
TRUSSELL, Appellee






On Appeal from the 80th District Court 

 Harris County, Texas

Trial Court Cause No. 2006-42202A






MEMORANDUM OPINION Appellant John Stockton has neither established indigence, nor paid all the
required fees. See Tex. R. App. P. 5 (requiring payment of fees in civil cases unless
indigent), 20.1 (listing requirements for establishing indigence); see also Tex. Gov't
Code Ann. §§ 51.207 (Vernon 2005), 51.208 (Vernon Supp. 2008); 51.941(a)
(Vernon 2005), 101.041 (Vernon Supp. 2008) (listing fees in court of appeals); Fees
Civ. Cases B(1), (3) (listing fees in court of appeals). After being notified that this
appeal was subject to dismissal, appellant John Stockton did not adequately respond. 
See Tex. R. App. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary
dismissal of case).

 We dismiss the appeal for nonpayment of all required fees. We deny all
pending motions.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Hanks.